UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL M. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-570-JAR |
| ) | |
| ) | |
| COLLECTIONS ACQUISITION CO., LLC, ) | |
| d/b/a PAYLIANCE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

Following a telephone conference with counsel on October 11, 2013,

**IT IS HEREBY ORDERED** that:

1. The parties shall confer regarding the language of the notice to be sent to potential class members and submit a proposed joint Notice for the Court's approval within thirty (30) days from the date of this Order, but no later than **November 11, 2013.**

2. Upon approval by the Court of the proposed Notice, Defendant shall then have ninety (90) days in which to send notice of this action to potential class members.

**IT IS FURTHER ORDERED** that all other dates in the Case Management Order issued on May 3, 2013 (Doc. No. 12) shall remain in effect.

Dated this 11th day of October, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE